UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JULIET CONDE** | **CASE NO. 6:22-CV-03850** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **STATE FARM FIRE & CASUALTY CO ET AL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Before the court is a Report and Recommendation of the Magistrate Judge, recommending that the plaintiff's Voluntary Motion to Dismiss [doc. 16] be granted. After a de novo review of the record, and noting the absence of any objections, the court finds that the Report and Recommendation should be **ADOPTED**. Accordingly,

**IT IS ORDERED, ADJUDGED,** and **DECREED** that the Motion to Dismiss [doc. 16] be **ADOPTED** and that this matter be **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on this 9th day of June, 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**